**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Hasenkamp, | No. CV-21-02226-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| The Shah Trust, et al., | |
| Defendants. | |

On December 30, 2021, Plaintiff Michael Hasenkamp filed a complaint against Defendants The Shah Trust, 21,000 Holdings LLC d/b/a RE/MAX Fine Properties, and Edward Gunkel. (Doc. 1.) At the same time, he filed a motion for preliminary injunction, seeking to enjoin Defendants from evicting him and his family from their rental property on January 31, 2022. (Doc. 2.)

**IT IS ORDERED**

(1) Plaintiff shall serve the complaint, motion for preliminary injunction, and this order on Defendants as soon as practicable but no later than January 5, 2022 and file proof thereof with the Court.

(2) Defendants shall file a response to the motion for preliminary injunction no later than January 14, 2022.

(3) Plaintiff may file an optional reply no later than January 19, 2022.

(4) The Court will hold a hearing at 1:30 P.M. on January 24, 2022.

(5) The parties shall give written notice to the Court no later than January 19, 2022 as to whether the January 24, 2022 hearing will be an oral argument on the papers or an evidentiary hearing.

(6) The Court anticipates that the January 24, 2022 hearing will be held telephonically but may hold an in-person hearing if required by the parties' January 19, 2022 notice.

Dated this 30th day of December, 2021.

Douglas L. Rayes
United States District Judge